Form 2500A

16-06077-KMS

## CERTIFICATE OF SERVICE

I, _Kimberly Squires_ (name), certify that service of this summons and a copy of the complaint was made _12-6-16_ date) by:

(✗) Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

( ) Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

( ) Publication: The defendant was served as follows: [Describe briefly]

( ) State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _December 6, 2016_     Signature _Kimberly Squires_

Print Name: _Kimberly Squires_

Business Address: _713 Arledge St._
_Hattiesburg, MS 39401_