Form 2500A

16–06077–KMS

# CERTIFICATE OF SERVICE

I, __Kimberly Squires__ (name), certify that service of this summons and a copy of the complaint was made __12/06/2016__ date) by:

(X) Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:
    WILLIAM HOLLIS LEECH SR
    1062 HIGHLAND COLONY PARKWAY
    PO BOX 6020
    RIDGELAND, MS 39158

( ) Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

( ) Publication: The defendant was served as follows: [Describe briefly]

( ) State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date __December 08, 2016__      Signature __Kimberly Squires__

    Print Name:      Kimberly Squires

    Business Address:      713 Arledge Street

                                     Hattiesburg MS, 39401